IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| REGINALD F. COWAN, | ) | |
| Petitioner(s), | ) ) ) | |
| vs. | ) ) | No. 10-521-MJR-SCW |
| MEARL J. JUSTUS, et al., | ) ) ) | |
| Respondent(s). | ) | |

### ORDER

IT IS HEREBY ORDERED that the preparation of the transcript of the Pavey hearing held on September 27, 2011, in the above entitled cause of action be prepared by Court Reporter Molly Clayton, and filed with the Clerk of the Court, at the expense of the United States within seven days.

DATED: September 27, 2011

S/Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge