IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| REGINALD F. COWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-cv-0521-MJR-SCW |
| | ) | |
| JENNIFER RUDE-LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DISMISSING CASE

REAGAN, District Judge:

Reginald Cowan, filed suit in this Court under 42 U.S.C. 1983, alleging violations of his constitutional rights during his pretrial detention at the St. Clair County (Illinois) Jail. Cowan's original complaint named four Defendants: (1) Mearl Justus, the Sheriff of St. Clair County; (2) Phillip McLauren, the Jail Superintendent; (3) Health Care Unit Administrator Jane Doe; and (4) St. Clair County. "Health Care Administrator Jane Doe" was later identified by Cowan as Jennifer Rude-Little, and she was substituted via amended complaint.

On threshold review under 28 U.S.C. 1915A, the undersigned Judge dismissed Count 2 of the complaint (containing claims based on state law) and allowed Count 1 (containing a federal civil rights claim stemming from denial of access to exercise) to proceed against the four Defendants. A trial practice schedule was entered, motions were filed and resolved, and an April 2012 joint stipulation resulted in the dismissal of all Defendants other than Rude-Little.

Rude-Little moved for summary judgment in September 2012 (Doc. 50).  Plaintiff failed to respond.  Plaintiff, no longer incarcerated, was notified of a telephone status conference scheduled for November 14, 2012 before the Honorable Stephen C. Williams, Magistrate Judge.

Plaintiff failed to appear for the status conference.  Defendant Rude-Little orally moved to dismiss the case for lack of prosecution (Doc. 57).

On November 15, 2012, Judge Williams issued a Report (Doc. 58) recommending that the undersigned District Judge grant the oral motion to dismiss based on Plaintiff's failure to diligently prosecute his case.  The Report was sent to the parties, including Plaintiff at his Chicago residence, along with a Notice plainly advising that any objection must be filed no later than December 3, 2012.

As of the close of business on December 5, 2012, no objections were filed by any party.  Accordingly, pursuant to 28 U.S.C. 636(b), the undersigned Judge need not conduct *de novo* review of the Report and Recommendations.  **28 U.S.C. 636(b)(1)(C)("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").  *See also Thomas v. Arn,* 474 U.S. 140 (1985); *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 741 (7th Cir. 1999); *Video Views Inc., v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986).**

The Court hereby **ADOPTS** in its entirety Judge Williams' Report and Recommendation (Doc. 58), **GRANTS** Defendant's motion to dismiss (Doc. 57), and **FINDS MOOT** Defendant's summary judgment motion (Doc. 50).

All settings are hereby canceled, including the June 17, 2013 trial date. Judgment shall be entered, and the case shall be closed.

IT IS SO ORDERED.

DATED December 6, 2012.

<u>s/ Michael J. Reagan</u>
Michael J. Reagan
United States District Judge